February 3, 2025

Earle Cabell Federal Building and United States Courthouse
1100 Commerce Street
Dallas, TX 75242

Shana Allen
22 Morningside Drive
Nolanville, Texas 76559

Vs.

Donald J. Trump and J.D. Vance

3-25 CV 0324-E

# GRIEVANCE

In accordance with my First Amendment right to petition this government for a redress of my grievance, I state the follow:

On January 6, 2021, Donald Trump engaged in insurrection.

Since January 6, 2021, Donald J Trump and J.D. Vance have given aid and comfort to the insurrectionists. Most recently, he has pardoned those who plead guilty or were found guilty of insurrection.

The 14th amendment forbids the defendants from holding their respective offices. Therefore, I demand that Donald J, Trump and J.D. Vance be declared illegitimate holders of their office and removed therefrom.

Shana Allen

Shana Allen
22 Morningside Dr.
Nolanville, Texas 76559

RECEIVED - 1
FEB 10 2025
MAILROOM

Earle Cabell Federal Building
and
United States Courthouse
1100 Commerce Street
Dallas, Texas 75242

75242-102799

AUSTIN TX 786
RIO GRANDE DISTRICT
4 FEB 2025 PM 4 L